UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGUINALDO BRAZAO, *Individually and as p.p.a.* : <br> K.V. MARQUES, *a minor child,* : <br>     Plaintiffs, : <br> : <br> vs. : <br> : <br> PLEASANT VALLEY APARTMENTS, : <br> LLC; A.R. BUILDING COMPANY, INC.; : <br> 84 LUMBER COMPANY; and : <br> UNITED BUILDERS SOLUTIONS INC.; : <br>     Defendants. : | No.: 3:21CV01275-MPS |

**DISMISSAL STIPULATION**

Now come the parties and hereby agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the cause of action brought by plaintiffs Aguinaldo Brazao, individually and as p.p.a. K.V. Marques, a minor child, against defendants Pleasant Valley Apartments, LLC, A.R. Building Company, Inc., 84 Lumber Company, and United Builders Solutions Inc., is hereby dismissed with prejudice, with no interest, fees, or costs to any party. Additionally, all third-party claims and crossclaims are hereby dismissed with prejudice, with no interest, fees, or costs to any party.

Plaintiffs,
By their Attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (phv03366)
Katelyn M. Revens (phv0290)
DeLuca & Associates, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 (fax)
bud@delucaandassociates.com
kate@delucaandassociates.com

Defendants Pleasant Valley Apartments, LLC and A.R. Building Company, Inc.
By their Attorney

/s/ David G. Hill
David G. Hill (ct13435)
David G. Hill & Associates, LLC
180 Glastonbury Blvd., Suite 202
Glastonbury, CT 06033
(860) 657-1012
(860) 657-9264 (fax)
dhill@dhill-law.com

Defendant 84 Lumber Company
By their Attorney

/s/ Robert J. Sickinger
Robert J. Sickinger (ct18425)
Murphy Karpie Connelly & Sickinger LLC
2 Armstrong Road, Suite 110
Shelton, CT 06484
(203) 333-0177
(203) 333-8475 (fax)
sickinger@murphykarpie.com

Defendant United Builders Solutions Inc.
By their Attorneys,

/s/ Peter G. Barrett
Peter G. Barrett (ct15933)
Mary H. Patryn (ct31231)
Markey Barrett, PC
360 Bloomfield Avenue, Suite 301
Windsor, CT 06095
(860) 607-3265
(413) 273-7361 (fax)
pbarrett@markeybarrett.com
mpatryn@markeybarrett.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGUINALDO BRAZAO, *Individually and as p.p.a.* K.V. MARQUES, *a minor child,*     Plaintiffs, | : : : : | |
| vs. | : : | No.:  3:21CV01275 (SALM) |
| PLEASANT VALLEY APARTMENTS, LLC; A.R. BUILDING COMPANY, INC.; 84 LUMBER COMPANY; and UNITED BUILDERS SOLUTIONS INC.;     Defendants. | : : : : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants (if applicable) on this 19th day of April 2024.

/s/ Katelyn M. Revens